UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-20294-CIV-MORENO

VIRGINIA FRANK,

    Plaintiff,

vs.

FURSHMAN & DAVIS CHIROPRACTIC CENTERS, INC. and DR. HOWARD L. FURSHMAN,

    Defendants.
_____/



### ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

THIS CAUSE came before the Court upon Joint Motion for Approval of Settlement Agreement **(D.E. 20)**, filed **July 21, 2008**.

Having reviewed the record and the parties' joint motion, it appears to the Court that due cause exists to grant this motion, approve the settlement agreement and dismiss the case with prejudice. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the settlement agreement is hereby **APPROVED** by the Court and this case is **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees except as otherwise agreed. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. Further, it is

**ORDERED** that all pending motions are denied as moot. This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record